IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-0173-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| GREGORY BARNES, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 27 be sealed until such time as requested to be unsealed by the United States Attorney or ordered by the Court.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office and to counsel for the Defendant.

IT IS SO ORDERED, this the __25__ day of __January__, 2018.

_____
James C. Dever III
Chief United States District Judge